| | |
|---|---|
| COUNTY COURT, Arapahoe COUNTY, COLORADO<br>1790 W Littleton Blvd , Littleton, CO 80120<br>Court Tel. No. 303.649.6355 ext 9 | |
| Plaintiff(s): **RG Options LLC**<br><br>v.<br>Defendant(s): **Daniel Junior Hubbard, Margaret Ann Hubbard** And All Other Occupants. | Δ **FOR COURT USE ONLY** Δ<br><br>Case Number: |
| Mark N. Tschetter<br>Tschetter Hamrick Sulzer, P.C.<br>3600 S Yosemite St. # 828<br>Denver, CO 80237<br>Phone No. 303.766.8004<br>Attorney Reg. No. 18433 | |

## COMPLAINT UNLAWFUL DETAINER

Plaintiff, RG Options LLC, by its/their/his/hers attorneys, Tschetter Hamrick Sulzer, P.C., for its Complaint in Unlawful Detainer, against the Defendant(s) and all other occupants hereafter referred to as Defendant(s), alleges as follows

1. Plaintiff is the owner/manager/agent of 20734 E Dorado Pl , Centennial, CO 80015 ( the "premises"). Defendant(s) are residents of Arapahoe County Colorado. The amount sought in this action does not exceed $15,000.00. The Defendant(s) is/are not minors, incompetents, in the military service, nor an office, agency, or instrumentality of the State of Colorado. If applicable, Plaintiff consents to a Magistrate presiding at all hearings.

2. The premises are located in Arapahoe County, Colorado. The Defendant(s) entered into a lease or contract with Plaintiff and/or occupy the premises. The Defendant(s) has/have defaulted on the lease or contract by failing to pay rent or amounts required under the terms of the lease or contract and/or by failing to comply with terms, conditions, and/or covenants of the lease or contract and/or the Defendant(s) no longer have any rights to occupy the premises. The Defendant(s) was/were served with all legal notice(s) and/or demand(s) concerning their occupancy of the premises. A copy of the notice(s) and/or demand(s) with fully executed Return of Service(s) is attached and incorporated by reference. Despite Plaintiff's Demands and/or Notices, Defendant(s) has/have refused to pay amounts owing and/or comply with lease or contract and/or cure their defaults and noncompliance with the lease or contract and/or vacate the premises, and continue to wrongfully hold possession of the premises in violation of the lease or contract and/or the law, and without the consent and permission of Plaintiff(s).

3. Plaintiff(s) has/have incurred and will continue to incur attorneys' fees and costs in prosecuting this possession action against the Defendant(s). Pursuant to the terms of the lease and/or statute, Plaintiff is entitled to recover said attorneys' fees and costs from the Defendant(s).

WHEREFORE, Plaintiff RG Options LLC respectfully requests that the Court grant judgment for possession against Defendant (s) Daniel Junior Hubbard, Margaret Ann Hubbard AND ALL OTHER OCCUPANTS, jointly and severally, for costs, attorneys' fees pursuant to C.R.S. 13-40-101.et.seq., and for such further and other relief as the Court may deem just and appropriate.

DATED: 9/21/2017

Tschetter Hamrick Sulzer, P.C.
Original Signature On File
By: \S\ Mark Tschetter
Mark N. Tschetter Reg # 18433
Victor L. Sulzer Reg # 24804

CERTIFICATE OF MAILING

I, the undersigned agent for the Plaintiff, certify that on 9/21/2017, I mailed a copies of the Summons, Complaint in Unlawful Detainer with all attached exhibits, and Answer Form, RG Options LLC (Plaintiff) v. Daniel Junior Hubbard, Margaret Ann Hubbard, AND ALL OTHER OCCUPANTS (Defendant(s)), Arapahoe County Court, by postage prepaid, first class mail, to the Defendant(s) addressed as follows:

Daniel Junior Hubbard, Margaret Ann Hubbard,
and All Other Occupants
20734 E Dorado Pl
Centennial, CO 80015

By: \S\ Tom Gibbs
Original on File

| | |
|---|---|
| COUNTY COURT, Arapahoe COUNTY, COLORADO<br>1790 W Littleton Blvd, Littleton, CO 80120<br>Court Tel. No. 303.649.6355 ext 9 | ▲ **FOR COURT USE ONLY** ▲ |
| Plaintiff(s): **RG Options LLC**<br>v.<br>Defendant(s): **Daniel Junior Hubbard, Margaret Ann Hubbard** And All Other Occupants. | Case Number: |
| Mark N. Tschetter<br>Tschetter Hamrick Sulzer, P.C.<br>3600 S Yosemite St. # 828<br>Denver, CO 80237<br>Phone No. 303.766.8004<br>Attorney Reg. No. 18433 | |

**ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE (Including counterclaim(s) & cross claim(s)**

The Defendant(s) _____, answer(s) the complaint as follows:

1. The amount of damages claimed to be due to the Plaintiff(s) by the complaint in this action is not due and owing for the following reasons:_____

_____

OR   Plaintiff(s) is/are not entitled to possession of the property and the Defendant(s) is/are entitled to retain possession for the following reasons _____

_____

OR   The injunctive relief requested by the Plaintiff(s) should not be allowed for the following reasons:_____

2. (If applicable) the Defendant(s) _____ assert(s) the following counterclaim(s) or setoff(s) against the Plaintiff(s), : _____

_____

3. (If applicable) the Defendant(s):_____ assert(s) the following cross claim(s) against _____, named Defendant(s) (you are limited to the jurisdiction of the court): _____

_____

4. If a counterclaim is asserted above, you must check one of the following statements:
___ The amount of the counterclaim does not exceed the jurisdiction of the court (County Court filing fee required).
___ The amount of the counterclaim exceeds the jurisdiction of the court, but I wish to limit my recovery to the jurisdiction of the court (County Court filing fee required).
___ The amount of the counterclaim exceeds the jurisdiction of the court, and I wish the case transferred to the District Court (District Court Filing Fee required)
5. Defendant(s) ___ request(s) a trial to the court; ___ request(s) a trial by jury (If jury demand is made, a jury fee must be paid).
Warning: All Fees Are Non-Refundable.  In Some Cases, A Request For A Jury Trial May Be Denied Pursuant to Law Even Though A Jury Fee Has Been Made.
Note:  All Defendants filing this answer must sign unless the answer is signed by an attorney.

_____     _____
Signature(s) of Defendant(s)/Attorney for Defendant(s)     Date

_____     _____
Address(es) of Defendant(s)     Telephone Number of Defendant(s)
Certificate of Mailing
I certify that a true copy of this answer was mailed, United States first class postage prepaid, to Tschetter Hamrick Sulzer, P.C. (Plaintiff(s) Attorney), at 3600 S Yosemite St., #828, Denver, CO 80237 on _____ (date).

(Signed)_____
         Defendant(s) or Attorney for Defendant(s)

*346254*



# NOTICE TO QUIT
## FORECLOSURE

To: **DANIEL JUNIOR HUBBARD AND MARGARET ANN HUBBARD** and any, and all other occupants of the premises described below.

You are hereby notified, on behalf of the Owner/Landlord/ Agent for the Landlord of the premises described, that the property has been duly sold under the power of sale, contained in a trust deed, which was executed by you, and the title under such sale has been duly perfected in Owner. Owner demands that you vacate the property described as:

**20734 E Dorado Pl** in the City of **Centennial** Zip code of **80015** in the County of **Arapahoe** State of Colorado.

You are required to surrender and vacate the premises not later than midnight on the **9th** (day) of **September** (month) **2017** (year). Failure to vacate and surrender possession of the premises on or before this date will result in the institution of legal proceedings against you to recover possession of the premises.

_____        **9/6/2017**
Landlord / Agent for Landlord                    Date
**Hal DeBerry 1-956-703-8787**
Community

---

**RETURN OF SERVICE, STATE OF COLORADO, _____Arapahoe_____ County**

I declare under oath that I am 18 years old and that I served the foregoing Notice to Quit on the above listed Tenant(s) at the above listed address, on **9/6/2017** (date) in the manner described below,

By ( Check One Line )

☐ By handing it to a person identified to me as _____(Resident)

☑ I have made diligent efforts to personally serve this Demand, I have made service of the forgoing Notice to Quit by posting a copy of it in a conspicuous place upon the premises described therein.

Dated **9/6/2017**                           _____
                                                          Sign Name

COURTESY OF TSCHETTER HAMRICK SULZER P.C.
Fax completed form to 303.766.1181 or 303.766.1819 Colorado Springs 719.227.1181

346254

9/28
am jason/acct
72554
T

Reception #: D7098606, 08/29/2017 at 10:17 AM, 1 OF 1, Recording Fee $13.00
Electronically Recorded Official Records Arapahoe County, CO Matt Crane, Clerk
& Recorder

# CONFIRMATION DEED
(CRS §38-38-502)

Public Trustee's Foreclosure Sale No. 0031-2016

THIS DEED is made August 29, 2017 between Susan K Ryden as the Public Trustee in and for the County of Arapahoe, State of Colorado, grantor and RG OPTIONS LLC, grantee, the holder of the certificate of purchase whose legal address is 3700 N 10th St #304, McAllen 78504.

WHEREAS, the Grantor(s) described below did convey to the public trustee, in trust, the property hereinafter described to secure the payment of the indebtedness provided in said deed of trust:

| | |
|---|---|
| Original Grantor(s) | DANIEL HUBBARD AND MARGARET HUBBARD |
| Original Beneficiary(ies) | ARGENT MORTGAGE COMPANY, LLC |
| Current Holder of Evidence of Debt | CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC4, U.S BANK NATIONAL ASSOCIATION AS TRUSTEE |
| Date of Deed of Trust | February 23, 2007 |
| County of Recording | Arapahoe |
| Recording Date of Deed of Trust | March 16, 2007 |
| Recording Information (Reception Number) | B7033207 |

WHEREAS, a violation was made in certain of the terms and covenants of said deed of trust as shown by the notice of election and demand for sale filed with the Public Trustee; the said property was advertised for public sale at the place and in the manner provided by law and by said deed of trust; combined notice of sale and right to cure and redeem was given as required by law; said property was sold according to said combined notice; and a certificate of purchase thereof was made and recorded in the office of said county Clerk and Recorder; and

WHEREAS, all periods of redemption have expired.

NOW, THEREFORE, the Public Trustee, pursuant to the power and authority vested by law and by the said deed of trust, confirms the foreclosure sale and sells and conveys to grantee the following described property located in the County of Arapahoe, State of Colorado, to wit:

LOT 25, BLOCK 5, PARK VIEW RIDGE, ACCORDING TO THE RECORDED PLAT THEREOF, COUNTY OF ARAPAHOE, STATE OF COLORADO.

Also known by street and number as: 20734 EAST DORADO PLACE, CENTENNIAL, CO 80015

**THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY CURRENTLY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.**

To have and to hold the same, with all appurtenances, forever.

Executed on: August 29, 2017

Susan K Ryden, Public Trustee in and for the County of Arapahoe, State of Colorado

*/s/ Susan K Ryden*
By: Susan K Ryden, Public Trustee

When Recorded Return to: Arapahoe County Public Trustee

346254    © Public Trustee Association of Colorado Revised 6/2011

*posted 3 days after the comp[lain]t was posted on door.*

| | |
|---|---|
| COUNTY COURT, Arapahoe COUNTY, COLORADO<br>1790 W Littleton Blvd , Littleton, CO 80120<br>Court Tel. No. 303.649.6355 ext 9 | |
| Plaintiff(s): **RG Options LLC**<br><br>v.<br><br>Defendant(s): **Daniel Junior Hubbard, Margaret Ann Hubbard** And All Other Occupants. | Δ **FOR COURT USE ONLY** Δ<br><br>Case Number: |
| Mark N. Tschetter<br>Tschetter Hamrick Sulzer, P.C.<br>3600 S Yosemite St. # 828<br>Denver, CO 80237<br>Phone No. 303.766.8004<br>Attorney Reg. No. 18433 | |

## SUMMONS (UNLAWFUL) DETAINER

### TO THE DEFENDANT(S) NAMED ABOVE:

1. On 9/28/2017, at 8:30 AM o'clock, In the Arapahoe County Court, Littleton Colorado, the Court may be asked to enter judgment against you as set forth in the complaint.

2. A copy of the complaint against you and an answer form that you must use if you file an answer are attached.

3. If you do not agree with the complaint, then you must either: a. Go to the court, located at: 1790 W Littleton Blvd , Littleton, CO 80120, at the above date and time and file the answer stating any legal reason you have why judgment should not be entered against you, or b. File the answer with the court before that date and time.

4. When you file your answer, you must pay a filing fee to the Clerk of the Court.

5. If you file an answer, you must personally serve or mail a copy to the Plaintiff(s) or the attorney who signed the complaint.

6. If you do not file with the court, at or before the time for appearance specified in this summons, an answer to the complaint setting forth the grounds upon which you base your claim for possession and denying or admitting all of the material allegations of the complaint, judgment by default may be taken against you for the possession of the property described in the complaint, for the rent, if any, due or to become due, for present and future damages and costs, and for any other relief to which the Plaintiff(s) is (are) entitled.

7. If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegations of nonpayment of rent, the court will require you to pay into the registry of the court, at the time of filing your answer, the rent due less any expenses you have incurred based on the landlord's failure to repair the residential premises. In addition to filing an answer, you are required to complete a Affidavit (JDF 109) to support the amount you will need to pay into the registry of the Court.

8. If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

9. If you want to file an answer or request a jury trial and you are indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the court to waive the fee.

DATED: 9/21/2017

Tschetter Hamrick Sulzer, P.C.
Original Signature On File
By: \S\ Mark Tschetter
Mark N. Tschetter Reg # 18433
Victor L Sulzer Reg # 24804

This summons is issued pursuant to Rule 303, Rules of County Court Civil Procedure, and section 13-40-111, C.R.S., as amended. A copy of the complaint must be served with this summons. This form should be used only for actions filed under Colorado's Forcible Entry and Detainer Act. To the clerk: if this summons is issued by the Clerk of the Court, the signature block for the clerk, deputy and the seal of the court should be provided by stamp, or typewriter, in the space to the left of the attorney's name. WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.

Apartment Name: RG Options LLC

Record # **341494**

*3 4 6 2 5 4 *